**DISMISS; and Opinion Filed August 28, 2019.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00005-CV

### PRISCILLA ALIA MCCURDY, Appellant
### V.
### RANDY LIGGETT, Appellee

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-10001**

# MEMORANDUM OPINION

Before Justices Myers, Molberg, and Carlyle
Opinion by Justice Molberg

Appellant has not filed her brief despite being cautioned that failure to file the brief by August 26, 2019 would result in dismissal of the appeal. *See* TEX. R. APP. P. 38.8(a)(1). Accordingly, we dismiss the appeal. *See id.* 38.8(a)(1), 42.3(b),(c).

/Ken Molberg/
KEN MOLBERG
JUSTICE

190005F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

PRISCILLA ALIA MCCURDY, Appellant

No. 05-19-00005-CV          V.

RANDY LIGGETT, Appellee

On Appeal from the 193rd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-17-10001.
Opinion delivered by Justice Molberg.
Justices Myers and Carlyle participating.

 

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee RANDY LIGGETT recover his costs of this appeal from appellant PRISCILLA ALIA MCCURDY.

Judgment entered this 28th day of August, 2019.